GEORGE F. VOGT, JR., State Bar No. 107310
C. PATRICK STOLL, State Bar No. 166917
MARCUS L. TURNER, State Bar No. 232439
**HERRIG, VOGT & STOLL, LLP**
4210 Douglas Blvd. Ste. 100
Granite Bay, CA 95746
(916) 960-1000/(916) 960-1005 FAX

Attorneys for KRW ENTERPRISES
dba KW CONSTRUCTION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRW ENTERPRISES a California corporation, DBA KW CONSTRUCTION<br><br>Plaintiff,<br><br>vs.<br><br>FRU-CON CONSTRUCTION COMPANY, INC.; TRAVELERS CASUALTY AND SURETY COMPANY, ET AL<br><br>Defendants. | **CASE NO.: 2:05-CV-01993-WBS-GGH**<br><br>**STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE AND [PROPOSED]ORDER THEREON** |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed WITH PREJUDICE and WITHOUT COSTS pursuant to FRCP 41 (a)(1).

DATED: January 11, 2006     HERRIG, VOGT & STOLL
                            Attorneys for
                            KW CONSTRUCTION

                            /s/ Marcus L. Turner

DATED: January 11, 2006     DIEPENBROCK HARRISON
                            Attorneys for FRU-CON
                            CONSTRUCTION COMPANY,
                            INC.; TRAVELERS CASUALTY
                            AND SURETY COMPANY

                            /s / Jennifer L. McCready

-1-
**STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE AND [PROPOSED] ORDER THEREON**

-2-

# **O R D E R**

PURSUANT TO THE FOREGOING STIPULATION, IT IS HEREBY ORDERED THAT THE above-entitled action be, and the same is, dismissed with prejudice and without costs.

IT IS FURTHER ORDERED that the Status (pretrial scheduling) Conference scheduled for January 17, 2006 be vacated.

DATED: January 11, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE